In the Matter of ALFRED C. BLANCHE, Appellant, v DONALD SELSKY, as Director of Special Housing and Inmate Disciplinary Programs, Respondent.

Submitted February 7, 2005; decided April 5, 2005

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.

EASTBROOK CARIBE, A.V.V., Appellant, v FRESH DEL MONTE PRODUCE, INC., et al., Respondents, et al., Defendants.

Submitted February 22, 2005; decided April 5, 2005

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed Supreme Court's orders denying reargument and leave to serve an amended complaint, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

TAMAR LOPER, Appellant, v STATE OF NEW YORK, Respondent.

Submitted March 14, 2005; decided April 5, 2005

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.